FILED IN
1ST COURT OF APPEALS 03/08/15
HOUSTON, TEXAS

MAR 13 2015

CHRISTOPHER A. PHINE

CLERK

To Whom It May Concern,

My name is Timothy David Chatmon #1858456. I was housed at the Holiday Unit. But Now I've been relocated to the Michael's Unit. The Address is 2664 FM 2054, Tennessee Colony, Texas 75886. Would you please forward any mail to my New address.

My Court of Appeals Number: 01-15-00085-CK.

Thanking You In Advance,
Timothy David Chatmon #1858456
2664 FM 2054 - Michael Unit
Tennessee Colony, Texas 75886

FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS

MAR 1 8 2015

CHRISTOPHER A. PRINE
CLERK

Timothy Chatman #1858456
2664 FM 2054 - Michael Unit
Tennessee Colony, Texas 75886

NORTH TEXAS TX PDC
DALLAS TX 750
11 MAR 2015 PM 8 L

Christopher Prine
Clerk of the Court
Court of Appeals
First District of Texas
301 Fannin Street
Houston, Texas 77002

RECEIVED
FIRST COURT OF APPEALS
HOUSTON, TEXAS

MAR 13 2015

CHRISTOPHER A. PRINE
CLERK

77002206699

PRIVILEGED OFFENDER MAIL
NOT INSPECTED BY TEXAS
DEPARTMENT OF CRIMINAL
CORRECTIONAL
INSTITUTIONS DIVISION